**5/4/2015**                                                      **COA No. 01-13-00712-CR**
**COMBEST, JOHN ELSWORTH   Tr. Ct. No. 1221980**      **PD-0379-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

1ST COURT OF APPEALS  CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX  77002-7006
* DELIVERED VIA E-MAIL *